**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

November 16, 2021

RE: *United States v. Nkeng Amin*,
   PWG-17-661-2

**LETTER ORDER**

Dear Parties:

This letter order addresses Defendant's Motion to Reduce Sentence, ECF No. 250. By this Order, I direct Government counsel to file a response on or before December 10, 2021. Any reply is due on or before January 7, 2022. If Government Counsel cannot reasonably file a response by December 10, 2021, counsel will please propose the earliest date by which they can, and, if reasonable, I will approve it and advise the defendant of the new deadline for any reply.

Although informal, this is an Order of the Court and shall be docketed as such. The Clerk is directed to mail a copy of this letter to Mr. Amin at his address of record.

Sincerely,

_____/S/_____
Paul W. Grimm
United States District Judge